# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-2099
Lower Tribunal No. 11-26313
_____

**R.J. Reynolds Tobacco Company,**
Appellant/Cross-Appellee,

vs.

**Virginia Williams, individually and as Personal Representative for the Estate of Milton T. Williams, deceased,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Carlton Fields Jorden Burt, Benjamine Reid, Olga M. Vieira and Alina Alonso Rodriguez; Jones Day, Gregory G. Katsas and Charles R. Morse, (Washington, DC), for appellant/cross-appellee.

The Ferraro Law Firm and Allan B. Kaiser; The Mills Firm, Courtney Brewer and John S. Mills, for appellee/cross-appellant.

Before WELLS, EMAS and FERNANDEZ, JJ.

WELLS, Judge.

In this Engle[1] progeny case, R.J. Reynolds Tobacco Company appeals from a jury verdict entered in favor of the plaintiff below, Virginia Williams, individually and as personal representative for the estate of Milton T. Williams. Finding no reversible error, we affirm the verdict and the judgment entered thereon.

We find no merit in Ms. Williams' cross-appeal of the trial court's denial of her motion to assert a claim for punitive damages on her intentional tort claims, and like our sister court in Soffer v. R.J. Reynolds Tobacco Co., 106 So. 3d 456 (Fla. 1st DCA 2012), review granted, 139 So. 3d 887 (Fla. 2014), we find no basis to support a claim for such damages on her remaining non-intentional tort (negligence and strict liability) claims.

---

[1] Engle v. Liggett Group, Inc., 945 So. 2d 1246 (Fla. 2006)